```
REVIEW OF SYSTEMS:
EARS, NOSE, MOUTH & THROAT: No difficulty with chewing or swallowing.
CARDIAC: Denies angina, palpitations, orthopnea.
RESPIRATORY: Denies hemoptysis.
GASTROINTESTINAL:  Denies GERD, change in bowel habits or abdominal pain.

Weight stable over past year.

PHYSICAL EXAMINATION --
Temp:      97.6 F [36.4 C] (10/15/2018 13:53)
Resp:      24 (10/15/2018 13:53)
BP:        131/83 (10/15/2018 13:53)
Pulse:     84 (10/15/2018 13:53)
HT:        65 in [165.1 cm] (12/02/2011 06:32)
WT:        163.46 lb [74.3 kg] (10/15/2018 13:53)
BMI:       27.3
Pain (1-10): 6 (07/12/2018 10:57)

PHYSICAL EXAMINATION:
In no acute distress.
HEENT: Oropharynx clear. Patent external auditory canals.
Neck:  No cervical lymphadenopathy.
Chest:  slightly coarse with faint expiratory wheezing. Breathing nonlabored.
Heart:  RRR with no murmurs, clicks, or extra sounds.
Abdomen:BS active. No hepatosplenomegaly. Nontender.
Extremities:  No edema. Gait steady without assist.
Psych:  Alert, Oriented, & Appropriate.

ASSESSMENT AND PLAN/LIST DX:
1/ Progressive shortness of breath and cough over past 1 month. After review of
chart, he was seen in ER in Nov 2017 for abdominal pain. CXR was done showing
"No consolidation and a 4.9 cm oval density in the left upper lung, not present
in 2011. CT chest for further evaluation. Primary Diagnostic Code: NO ALERT
REQUIRED. Secondary Diagnostic Codes: POSSIBLE MALIGNANCY". Unfortunetly, no
additional imaging was performed at the time. He will be scheduled for chest CT
ASAP. I will also be giving him antibiotics and albuterol inhaler.

RETURN TO CLINIC & LABS/ORDERS:


A current list of medications was reviewed with patient, and family if
available. Patient was given a copy of the Medication Review
handout.  Any discrepancies (omissions, duplications, adjustments,
deletions, additions) were reconciled, updated and documented in CPRS.
Patient was provided an updated reconciled medication list and educated on
medication(s).  Patient was reminded to discard old lists and to
update any records with all medication providers or retail pharmacies.

Lab(s) and/or diagnostic tests WERE obtained at this visit.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MEYER,JAMES ROBERT<br>21355 GRAPE RD<br>ELKADER, IOWA   52043<br>DOB:08/22/1947 | Printed at IOWA CITY HCS |

Exhibit A

```
RESPIRATION:
  18 (OCT 24, 2018@13:38:46)
PAIN:
  8 (OCT 24, 2018@13:38:46)
PULSE OXIMETRY:
  97 (OCT 24, 2018@13:38:46)
WEIGHT:
  161.4 (OCT 24, 2018@13:38:46)
```
General: Alert and oriented x 3, no acute distress.
HEENT: No LAD, no thyroid mass, no JVD, no bruits.
Chest: CTA bi, no crackles, no wheezing.
CV: RRR, no murmurs, no rubs, pulses (+).
Abdomen: BS (+), NT, ND, no organomegaly.
Ext: No edema, no cyanosis, no clubbing.
Neuro: No focal deficit, no motor or sensory deficit. Cranial nerves grossly intact.

Ancillary Data
--------------

Radiology: Please see CT chest from 10/19/2018

PFTs: pending

Assessment and Plan
-------------------

1. Left upper lobe lung mass, 14 cm
Likely a primary lung malignancy. Based on the CT chest findings from 10/2018 this lung cancer would likely represent an advanced stage disease (at least stage IIIB). It is unfortunate that this patient miss the opportunity of being diagnosed at earlier stage back in November of 2017. It is unclear why he was never further evaluated at that time.

I had a long conversation with Mr. Meyer about his presumptive diagnosis of malignancy. Him and his wife understand that the prognosis and treatment of lung cancer are mainly determined by the histology of the tumor, stage of the disease and functional status of the patient. They also understand that only way to establish the definitive diagnosis is by tissue biopsy. The patient is willing to undergo further testing and therapy. I also informed the patient and his wife that this lung malignancy was present in his CXR from Nov 2017, but unfortunately it was missed and never further evaluated. I promised them we will investigate how the VA system failed to detect this abnormality to prevent similar cases in the future.

We will schedule Mr. Meyer for a bronchoscopy with EBUS + TBNA of mediastinal lymph node and LUL lung mass. WE will also ordered a PET/CT to complete the staging process. His CT head was negative for intracranial lesions.

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MEYER, JAMES ROBERT<br>21355 GRAPE RD<br>ELKADER, IOWA  52043<br>DOB:08/22/1947 | Printed at IOWA CITY HCS |

2. COPD
Today, we will start Mr. Meyer on long acting bronchodilators
(olodaterol/tiotropium) and prn albuterol to improve his dyspnea.


3. Tobacco abuse counseling
I spent 15 minutes counseling the patient on tobacco cessation. Our discussion
included the health impacts of the patient's tobacco use, cessation techniques,
resources and follow-up. The patient understands the implications of continued
tobacco abuse and understands that there are options and resources available to
help the patient quit. I also provided information to access the quit line.

/es/ ROLANDO SANCHEZ SANCHEZ
STAFF PHYSICIAN
Signed: 10/25/2018 14:57

Receipt Acknowledged By:
10/30/2018 11:35          /es/ LISA G LEWIS RN BSN
                               Lung Nodule Registry/Pulmonary Case Manager


10/30/2018 ADDENDUM                     STATUS: COMPLETED



Addendum (10/30/2018)
----------------------

Patient had a bronchoscopy with airway inspection which showed a large necrotic
tumor occluding the left upper lobe bronchi. Forcpes biopsies were obtained. EBUS
+ TBNA of left upper lobe lung mass was performed, revealing malignant cells,
suggestive of NSCLC. PET/CT from 10/26/2018 showed high FDG in the lung mass and
mediastinal lymphadenopathy. No signs of extrathoracic metastasis. CT head from
10/24/2018 showed no signs of intracranial lesions. Based on these findings, the
patient would have a clinical stage IIIB (T4N2M0). Patient will be referred to
oncology for evaluation of chemo-radiation therapy.

/es/ ROLANDO SANCHEZ SANCHEZ
STAFF PHYSICIAN
Signed: 10/30/2018 10:11

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MEYER, JAMES ROBERT<br>21355 GRAPE RD<br>ELKADER, IOWA 52043<br>DOB: 08/22/1947 | Printed at IOWA CITY HCS |

INDICATION: 70 year old male with abdominal pain

COMPARISON: 2/22/2011

TECHNIQUE: Portable AP chest radiograph

FINDINGS: Heart size normal.

No consolidation or pleural effusion. 4.9 cm oval density in the left upper lung, not present in 2011.

Degenerative changes of the thoracic spine.

Impression:
  No consolidation

4.9 cm oval density in the left upper lung, not present in 2011. CT chest for further evaluation.

READING PHYSICIAN: Toby Gwak, M.D. -1205183951
  11/11/2017 4:19 PM Pacific Time
  VHA National Teleradiology Program
  877-780-5559 (For Medical Practitioner Use Only)
  795 Willow Road, Bldg 334, Suite C210
  Menlo Park, CA 94025

Attention Patients / Veterans: If you have questions or concerns about the results in this report, Please contact your ordering provider or primary care team.

Primary Diagnostic Code: NO ALERT REQUIRED
Secondary Diagnostic Codes:
  POSSIBLE MALIGNANCY

Primary Interpreting Staff:
  RADIOLOGY,OUTSIDE SERVICE, Staff Physician
/

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MEYER, JAMES ROBERT<br>21355 GRAPE RD<br>ELKADER, IOWA  52043<br>DOB:08/22/1947 | Printed at IOWA CITY HCS |

```
CT (C) CHEST W CONTRAST

Proc Ord: CT CHEST W CONTRAST
Exm Date: OCT 19, 2018@14:40
Req Phys: TIMMERMAN,SHANNON R           Pat Loc: DU/100 PACT NURSE (Req'g Loc)
                                        Img Loc: IC/CT SCAN
                                        Service: Unknown


(Case 4787 COMPLETE) CT (C) CHEST W CONTRAST          (CT   Detailed) CPT:71260
    Contrast Media : Non-ionic Iodinated
    Reason for Study: cough/sob x 1 month, tobacco user, abnl CXR in
                11-2011

  Clinical History:
    These are MANDATORY FIELDS that must be completed with the
    information of the person(s) who should receive findings or
    pertinent information about the study ordered.  STAFF Clinician
    Contact Info: Name:
      timmerman Phone AND ext:
      5635885520 Pager:
      na Resident/Case Manager Contact Info (Name, Phone & Ext., &
    Pager):
      sieverding

    PCP:

    LOCAL - IOWA CITY HCS (636A8)
     PACT: DU/PC TEAM SAINTS *WH* 636GJ (Focus: Womens Health)
     Designated Wh Pcp:         Timmerman,Shannon R 5539
     Care Manager:              Sieverding,Debra S (2319)
     Clinical Associate:        Koch,Sharon R
     Administrative Associate:  Barr,Jena A
     PACT Clinical Pharmacist:  Dahlke,Megan E
     Surrogate Care Manager:    Rossman,Juliane M 5520 (2244)
     Clinical POC:              Care Manager PHONE:563-588-5520
    (2319)
     Administrative POC:        Administrative Associate
    PHONE:563-588-5520 (2320)

    LOCAL - IOWA CITY HCS (636A8)
     MH: DEC/MH CBOC (636GU)
       (mhtc) Registered Nurse #2231

    Request Scheduling in:1 week Specify Other Schedule or Specific
    Instructions:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MEYER,JAMES ROBERT<br>21355 GRAPE RD<br>ELKADER, IOWA  52043<br>DOB:08/22/1947 | Printed at IOWA CITY HCS |

Is patient a Van rider? No

Other Clinical History: cough, shortness of breath, feeling ill for past month. Tobacco user.

He had a cxr done 11-2017 in ER, showed a density in LUL. This has not been addressed, pt states he did not know about this.


CHEST ONE VIEW
Proc Ord: CHEST PORTABLE EXAM
Exm Date: NOV 11, 2017@17:45
Req Phys: KLAPPA,ANTHONY J          Pat Loc: IC/EMERGENCY
DEP MD EVE (Req'g

    No consolidation or pleural effusion. 4.9 cm oval density in the
    left upper lung, not present in 2011.

  Impression:
   No consolidation

    4.9 cm oval density in the left upper lung, not present in 2011.
    CT chest for further evaluation.

Report Status: Verified        Date Reported: OCT 20, 2018
                                    Date Verified: OCT 20, 2018
Verifier E-Sig:/ES/RANDAL C ANDERSON, MD

Report:
  CT of the chest with IV contrast, venous phase.

  75.1 mL Omnipaque 350 intravenous contrast

  Total DLP (mGy*cm): 154

  No prior CT exams for comparison. Correlation with a portable view of the chest dated November 11, 2017.


  Findings:

  There is a large mass occupying a large portion of the left upper lobe. Whereas the mass demonstrated on the plain radiograph from November 2017 measured approximately 5 cm, the mass now measures 13.9 cm in greatest diameter as measured on coronal reconstructions.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation
MEYER,JAMES ROBERT | Printed at IOWA CITY HCS
21355 GRAPE RD
ELKADER, IOWA  52043
DOB:08/22/1947

On this current CT, the left hilar region and the left lateral pleural region are both extensively involved with tumor, and origination from one of these two regions might have been expected by the CT appearance. However, the main rounded portion of the mass on the chest x-ray from November does not appear to contact either the hilar structures or the lateral pleura, suggesting that the mass has likely arisen from the lung parenchyma itself.

The pulmonary artery to the left upper lobe appears entirely occluded by the mass beyond its first few centimeters. Small branches of the left pulmonary artery may or may not extend into the mass as opposed to a possible separate vasculature resulting in small regions of enhancement.

The mass overall has a diffusely dense appearance with mildly heterogeneous enhancement or density variation. Based on apparent hyperdense wall, the mass is relatively spherical, though there is either fluid or lung consolidation or tumor extending outside of the hyperdense margins anteriorly greater than posteriorly.

There is also diffuse haziness/groundglass density in the lingular portion of the left upper lobe as well as the anterior left upper lobe anterior to the mass. It is not clear what the etiology of this groundglass density is and possibilities could include ischemic change from disrupted vasculature versus atelectasis versus edema versus other causes of airspace disease. Infection is not excluded, though the appearance is not classic for infection.

Other than small calcified granulomas elsewhere in both lungs, no other distinct separate nodules or masses are identified. Mild peripheral pleural parenchymal scarring along both lungs.

There is tumor involvement and/or associated mucosal impaction involving the airways to the left upper lobe. With the exception of a small amount of mucus, the other major airways appear clear.

There appears to be contiguous involvement of tumor within a few enlarged left sided mediastinal/hilar lymph nodes. Otherwise, central and right sided mediastinal lymph nodes do not appear particularly enlarged (note of densely calcified lymph nodes in some locations). No supraclavicular or axillary lymphadenopathy is appreciated, and no obvious pathologic lymphadenopathy is identified in the limited visualized uppermost abdomen.

There is partially visualized mild nonspecific dilatation of the central intrahepatic bile ducts. No obvious obstructing lesion is identified in the visualized portion of the common bile duct, but further evaluation of the region of the distal common bile duct

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
MEYER, JAMES ROBERT
21355 GRAPE RD
ELKADER, IOWA   52043
DOB: 08/22/1947

VISTA Electronic Medical Documentation
Printed at IOWA CITY HCS

can be considered if clinically warranted. Otherwise, no obvious acute abnormalities are identified in the included uppermost abdomen.

There are significant spine degenerative changes, significant shoulder degenerative changes, and very severe sternomanubrial degenerative changes, but no obvious suspicious bony lesions are identified.

Impression:

Large mass in the left upper lobe of lung suspicious for malignancy. Pulmonology consultation recommended to determine the best method of obtaining tissue diagnosis.

Please refer to the body of the report for further details, findings, and the need for clinical correlation regarding some findings (such as mild intrahepatic biliary dilatation and a hazy appearance of some lung around the mass).

Discussed with Dr. Hinnen , covering for Shanon Timmerman, at 3:35 PM on the afternoon of the study, 10/19/2018.

Primary Interpreting Staff:
  RANDAL C ANDERSON, MD, STAFF RADIOLOGIST (Verifier)
/RCA

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
MEYER, JAMES ROBERT
21355 GRAPE RD
ELKADER, IOWA  52043
DOB: 08/22/1947

VISTA Electronic Medical Documentation
Printed at IOWA CITY HCS